CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

May 19, 2014

Bruce Cameron                          Kimberly Duncan
Attorney at Law                        Frank Crowley Courts
2309 Boll St.                          133 N. Riverfront Blvd Ste. 19
Dallas, Texas 75204                    Dallas, Texas 75027

Re:     **James Riley V. The State of Texas: 05-13-00900-CR, 05-13-00901-CR F-1140796-S and**
        **F-1140798-S**

Dear Attorneys:

Enclosed is a corrected Memorandum Opinion issued May 8, 2014. Both trial court cause numbers
are now indicated on the Opinion.

Please replace your previous copy with the enclosed.


Sincerely,



Lisa Matz
Clerk of the Court


cc:     Andy Chatham
        Gary Fitzsimmons